## 52363. HAMILTON v. THE STATE.

Webb, Judge.

Marion Hamilton was tried for the alleged murder of Tommy Lee Hall, the jury returned a verdict of guilty of voluntary manslaughter, and he received a sentence of eight years. His appeal is from the trial court's denial of a motion for a new trial on general grounds.

The evidence was sufficient to justify the verdict, the charge of the court was proper, and we find no error.

*Johnson v. State,* 231 Ga. 138 (200 SE2d 734); *Strickland v. State,* 137 Ga. App. 419, 421 (224 SE2d 87).

*Judgment affirmed. Deen, P. J., and Quillian, J., concur.*

SUBMITTED JULY 14, 1976 — DECIDED SEPTEMBER 7, 1976.

*Robert C. Ray,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Donald J. Stein, Charles C. Smith, Jr.,* for appellee.